# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 11/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Rutgers University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Open ended | Thomson Rueters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Rutgers-Salary | $9,397.00 |
| 2. 2020 | West Services-Royalty | $2,291.00 |
| 3. 2020 | National Conference of Bankruptcy | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | YMCA of Bucks County - Salary |
| 2. 2020 | Ohev Shalom of Bucks County - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA # 1 (H) | | | | | | | | | |
| 2.  -Ameriprise Insured money market | A | Int./Div. | M | T | | | | | |
| 3.  -RiverSource RAVA 5 Advantage Variable Annuity (H) | | | | | | | | | |
| 4.  -VP-US Flexible Mid Gr FD CL 2 | E | Int./Div. | M | T | Buy | 06/24/20 | M | | |
| 5.  -SPDR S&P Bank ETF | A | Dividend | | | Sold | 01/22/20 | K | | |
| 6.  -SPDR Bloomberg Barlays 1-3 Month T Bill ETF | A | Dividend | | | Buy | 01/22/20 | K | | |
| 7. | | | | | Sold | 06/22/20 | K | | |
| 8.  -Cohen Steers Infrastructure Fund common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 9.  -First Trust Dow Jones Internet ETF | A | Dividend | | | Sold | 01/22/20 | J | | |
| 10.  -Invesco DB Basic Materials Fund EFT | A | Int./Div. | | | Sold | 01/22/20 | J | | |
| 11.  -Raytheon Company common | A | Dividend | | | Sold | 01/22/20 | K | | |
| 12.  -Royal Caribbean Cruises LTD common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 13.  -SPDR Series Trust S&P Homebuilders ETF | A | Int./Div. | | | Sold | 10/21/20 | J | | |
| 14.  -SPDR S&P Aerospace & Defense ETF | A | Int./Div. | | | Sold | 10/26/20 | J | | |
| 15.  -Waste Management common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 16.  -VISA Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 17.  -Anthem Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Biotelemetry Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 19. -Caterpillar Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 20. -Ishares Iboxx Invest Grade Corp Bond ETF | A | Dividend | | | Sold | 06/22/20 | J | | |
| 21. -Nvidia Corp common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 22. -US Commodity Index Fund ETF | A | Dividend | | | Sold | 01/22/20 | J | | |
| 23. -US Foods Holding Corp common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 24. -Burlington Stores Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 25. -Citizens Financial Group Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 26. -Cummins Inc common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 27. -Home Depot common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 28. -Ishares S&P GSCI Commodity Index Trust ETF | A | Dividend | | | Sold | 01/22/20 | J | | |
| 29. -Ishares MSCI Eurozone ETF | A | Dividend | | | Sold | 01/22/20 | J | | |
| 30. -Ishares Floating Rate Bond ETF | A | Dividend | | | Sold (part) | 03/03/20 | J | | |
| 31. | | | | | Sold | 04/15/20 | K | | |
| 32. -Ishares MSCI Japan ETF | A | Dividend | | | Sold | 01/22/20 | J | | |
| 33. -US Treasury Note w48 | A | Interest | | | Sold | 03/26/20 | J | | |
| 34. -US Treasury Note v23 | A | Interest | | | Sold | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -US Treasury Note v80 | A | Interest | | | Sold | 03/26/20 | J | | |
| 36.   -US Treasury Note v98 | A | Interest | | | Sold | 03/26/20 | J | | |
| 37.   -US Treasury Note w71 | A | Interest | | | Sold | 03/26/20 | J | | |
| 38.   -US Treasury Note m56 | A | Interest | | | Sold | 03/26/20 | J | | |
| 39.   -JPMorgan Chase Financial BUF ENH Note TG8 | A | Interest | | | Redeemed | 12/31/20 | L | | |
| 40.   -UGI Corp common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 41.   -Morgan Stanley common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 42.   -Schwab US TIPS ETF | A | Dividend | | | Sold | 06/22/20 | J | | |
| 43.   -Smucker JM Company New common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 44.   -Union Pacific Corp common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 45.   -Clorox Corp common | A | Dividend | | | Sold | 01/22/20 | J | | |
| 46.   -Ishares IBOXX Hi Yld Corp Bond ETF | A | Dividend | | | Sold | 06/22/20 | J | | |
| 47.   -Vanguard ST Bond ETF | A | Dividend | | | Buy<br>(add'l) | 01/22/20 | K | | |
| 48. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 49. | | | | | Sold | 06/22/20 | J | | |
| 50.   -Vanguard LT Bond Index ETF | A | Dividend | | | Buy | 01/22/20 | K | | |
| 51. | A | Dividend | | | Sold<br>(part) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | A | Dividend | | | Sold | 06/22/20 | K | | |
| 53.    -Vanguard Total Corp Bond ETF | A | Dividend | | | Buy | 01/22/20 | K | | |
| 54. | A | Dividend | | | Sold<br>(part) | 03/03/20 | J | | |
| 55. | A | Dividend | | | Sold | 06/22/20 | J | | |
| 56.    -Vanguard S&P 500 Index ETF | A | Dividend | | | Buy | 01/22/20 | K | | |
| 57. | A | Dividend | | | Sold | 10/28/20 | J | | |
| 58.    -Arbor Realty Trust common | A | Dividend | | | Buy | 03/03/20 | J | | |
| 59. | A | Dividend | | | Sold | 10/21/20 | J | | |
| 60.    -RH common | A | Dividend | | | Buy | 03/03/20 | J | | |
| 61. | A | Dividend | | | Sold | 10/19/20 | J | | |
| 62.    -Splunk Inc common | A | Dividend | | | Buy | 03/03/20 | J | | |
| 63. | A | Dividend | | | Sold | 10/21/20 | J | | |
| 64.    -TJX COS Inc common | A | Dividend | | | Buy | 03/03/20 | J | | |
| 65. | A | Dividend | | | Sold | 10/21/20 | J | | |
| 66.    -Trex Co Inc common | A | Dividend | | | Buy | 03/03/20 | J | | |
| 67. | A | Dividend | | | Sold | 10/21/20 | J | | |
| 68.    -Dow Inc common | A | Dividend | | | Buy | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | A | Dividend | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 70. | A | Dividend | | | Sold | 10/21/20 | K | | |
| 71.   -Carnival Corp Paired CTF 1 common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 72. | A | Dividend | | | Sold | 10/26/20 | J | | |
| 73.   -Clorox common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 74. | A | Dividend | | | Sold | 10/22/20 | J | | |
| 75.   -Costco common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 76. | A | Dividend | | | Sold | 10/28/20 | J | | |
| 77.   -Walt Disney common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 78. | A | Dividend | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 79. | A | Dividend | | | Sold | 10/28/20 | K | | |
| 80.   -Dollar General common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 81. | A | Dividend | | | Sold | 10/23/20 | J | | |
| 82.   -Home Depot common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 83. | A | Dividend | | | Sold | 10/26/20 | J | | |
| 84.   -Microsoft common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 85. | A | Dividend | | | Sold | 10/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Pepsico Inc common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 87. | A | Dividend | | | Sold | 10/28/20 | J | | |
| 88.   -Proctor and Gamble common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 89. | A | Dividend | | | Sold | 10/28/20 | J | | |
| 90.   -Replegen Corp common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 91. | A | Dividend | | | Sold | 10/28/20 | J | | |
| 92.   -Walmart common | A | Dividend | | | Buy | 03/26/20 | J | | |
| 93. | A | Dividend | | | Sold | 10/29/20 | J | | |
| 94.   -BP PLC SPON ADR | A | Dividend | | | Buy | 04/20/20 | J | | |
| 95. | A | Dividend | | | Sold | 10/21/20 | J | | |
| 96.   -Exxon Mobil common | A | Dividend | | | Buy | 04/20/20 | J | | |
| 97. | A | Dividend | | | Sold | 10/26/20 | J | | |
| 98.   IRA # 2 (H) | | | | | | | | | |
| 99.   -Ameriprise Insured money market | A | Int./Div. | J | T | | | | | |
| 100.  -Amazon common | A | Dividend | | | Sold | 01/23/20 | J | | |
| 101.  -Ishares5-10 Year Inv Grade Corp Bond ETF | A | Int./Div. | J | T | | | | | |
| 102.  -Invesco Corp Bond CL Y mutual fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Ishares Short Treasure Bond ETF | A | Int./Div. | J | T | Buy | 01/23/20 | J | | |
| 104. -Vanguard Total Bond Market ETF | A | Int./Div. | J | T | Buy | 01/23/20 | J | | |
| 105. -Coca Cola common | A | Dividend | | | Sold | 01/23/20 | J | | |
| 106. -Vanguard Large Cap ETF | A | Int./Div. | | | Buy | 01/23/20 | J | | |
| 107. | | | | | Sold | 10/28/20 | K | | |
| 108. -Invesco Senior Loan ETF | A | Int./Div. | J | T | | | | | |
| 109. -CME Group common | A | Dividend | | | Sold | 01/23/20 | J | | |
| 110. -US Treasury Note xb1 | A | Interest | J | T | | | | | |
| 111. -US Treasury Note j27 | A | Interest | J | T | | | | | |
| 112. -US Treasury Note x70 | A | Interest | J | T | | | | | |
| 113. Ameriprise Insured Money Market | A | Dividend | K | T | Sold (part) | 09/24/20 | J | | |
| 114. | | | | | Sold (part) | 03/03/20 | J | | |
| 115. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | K | T | | | | | |
| 116. Best of America IV Variable Rate Annuity (H) | | | | | Sold | 07/10/20 | K | | |
| 117. -NW NVIT Mny Mkt 1 | A | Int./Div. | | | Sold | 07/10/20 | J | | |
| 118. -NW NVIT Multi Mgr Mdcap GR 1 | A | Int./Div. | | | Sold | 07/10/20 | J | | |
| 119. -NW NVIT Mult Mgr Intl GR III | A | Int./Div. | | | Sold | 07/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -NW NVIT Real Est 1 | A | Int./Div. | | | Sold | 07/10/20 | J | | |
| 121. RiverSource Life Insurance RAVA 5 Advantage Variable Annuity (H) | | | | | | | | | |
| 122. -VP-US Flexible Growth Fd CL 2 | | | | | Buy | 07/17/20 | K | | |
| 123. TIAA 401a (H) | | | | | | | | | |
| 124. -TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 125. -CREF Equity Index R3 | A | Int./Div. | J | T | | | | | |
| 126. -CREF Bond Market R3 | A | Int./Div. | J | T | | | | | |
| 127. -CREF Stock R3 | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 128. -CREF Stable Value | A | Int./Div. | J | T | | | | | |
| 129. -CREF Growth R3 (X) | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 130. TD Bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 11/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 101- Name changed from Ishares Intermediate Term Corp Bond ETF to Ishares 5-10 Year Investment Grade Corp Bond ETF

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544